

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

# O R D E R

The reporter's record was due April 6, 2018, but was not filed. On May 3, 2018, this court notified the court reporter that the reporter's record was pas due. The court reporter responded to our notice by stating the record was not filed because appellants, who are pro se, have not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). The reporter explained that when she contacted appellants regarding payment, they advised that they "could not make the estimated payment until June 16, 2018." We therefore ordered appellants to provide written proof to this court on or before June 18, 2018, that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee; or (2) appellants are entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b).

On June 18, 2018, appellants notified this court by email that they had provided payment to the court reporter. We entered this notification into our system as a courtesy copy, advising appellants that they were required to file in this court a proper response to the order described above. Appellants complied by filing the previously tendered email as a response to our order regarding proof of payment. Because appellants have provided proof of payment for the reporter's record, we **ORDER** the court reporter to file the reporter's record in this court on or before **July 19, 2018**.

We **order** the clerk of this court to serve a copy of this order on appellants, all counsel, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court